IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Dave M. Markowski and Colleen A. Markowski | No.  08-30520 |
| Debtor | Hon.  Bruce Black |

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

American Home Mortgage Servicing, Inc., Servicing agent for, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, files this, its <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:</u>

American Home states that Debtor has a post petition escrow shortage of $22,968.83

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

/s/ Penny A. Land
Attorney for American Home Mortgage Servicing, Inc.

Penny A. Land - ARDC # ARDC #6211093
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679