IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Dave M. Markowski and Colleen A. Markowski | No. 08-30520 |
| Debtor | Hon. Bruce Black |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

To: See attached Service List

PLEASE TAKE NOTICE that on September 28, 2011, I filed the attached Response to Notice of Final Cure - Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

/s/ Penny A. Land

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure - Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Chang & Carlin and Glenn B Stearns on September 28, 2011.

/s/ Penny A. Land

Penny A. Land - ARDC # ARDC #6211093
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**SERVICE LIST**

Dave M. Markowski and Colleen A. Markowski
115 Brett Court
Manhattan, IL 60442

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Chang & Carlin
1305 Remmington Road; Suite C
Schaumburg, IL 60173