Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
DAVE M MARKOWSKI
COLLEEN A MARKOWSKI

Case No. 08-30520
Account No.  0843

REAL TIME RESOLUTIONS
1750 REGAL ROW #120
PO BOX 36655
DALLAS, TX  75235

DAVE M MARKOWSKI
COLLEEN A MARKOWSKI
115 BRETT COURT
MANHATTAN, IL  60442

CHANG & CARLIN
1305 REMINGTON RD #C
SCHAUMBURG, IL  60173

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B (2)(b) was sent in error on September 07, 2011.

/S/   Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U .S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on September 28, 2012.

/S/   Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888